**DISMISS; and Opinion Filed April 16, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01298-CV

### TEXAS TRUE CHOICE, INC., Appellant
### V.
### BAYLOR HEALTH CARE SYSTEM, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-11409**

## MEMORANDUM OPINION

Before Justices Lang, Stoddart, and Schenck
Opinion by Justice Schenck

Before the Court is appellant's unopposed motion to dismiss the appeal. Appellant has informed the Court that it no longer desires to pursue the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David J. Schenck/
DAVID SCHENCK
JUSTICE

141298F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TEXAS TRUE CHOICE, INC., Appellant

No. 05-14-01298-CV          V.

BAYLOR HEALTH CARE SYSTEM,
Appellee

On Appeal from the 14th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-13-11409.
Opinion delivered by Justice Schenck.
Justices Lang and Stoddart, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee BAYLOR HEALTH CARE SYSTEM recover its costs of this appeal from appellant TEXAS TRUE CHOICE, INC.

Judgment entered this 16th day of April, 2015.